# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Manufacturers and Traders Trust Company

                                      Plaintiff,

v.                                                            Case No.: 1:05−cv−03607

                                                                               Honorable Elaine E. Bucklo

First Midwest Bank, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 6, 2005:

      MINUTE entry before Judge Elaine E. Bucklo : Plaintiff's counsel having advised the court that the case is settled, this action is now dismissed with prejudice. Status hearing set for 9/9/05 is vacated.Civil case terminated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.